FILED
August 6, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
)  Case No. 2:10-MJ-0228-DAD
    Plaintiff, )
v. ) ORDER FOR RELEASE OF
) PERSON IN CUSTODY
JEREMY KAMAU GACHAGO, )
)
    Defendant. )

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release JEREMY KAMAU GACHAGO, Case No. 2:10-MJ-0228-DAD, Charge Title 21 USC §§ 846; 841(a)(1); 843 (b), from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __    Release on Personal Recognizance

    _X_    Bail Posted in the Sum of $ 50,000   (co-signed with mother)

        _X_    Unsecured Appearance Bond

        __    Appearance Bond with 10% Deposit

        __    Appearance Bond with Surety

        __    Corporate Surety Bail Bond

        _X_    (Other)   with pretrial supervision and conditions of release as stated on the record in open court.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  August 6, 2010  at  3:30 pm .

By _____/s/ Dale A. Drozd_____
Dale A. Drozd
United States Magistrate Judge