MICHAEL L. CHASTAINE, State Bar #121209
The Chastaine Law Office
101 Parkshore Drive, Suite 100
Folsom, CA 95630
(916) 932-7150
(916) 932-7151 fax

Attorney for Jeremy Kamau Gachago

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) No. 2:10-CR-000347-MCE |
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER TO MODIFY<br>) CUSTODIANSHIP CONDITION OF<br>) DEFENDANT'S RELEASE UNDER U.S.C.<br>) § 3142 |
| Jeremy Gachago, et al., | ) |
| Defendants. | ) |

It is hereby stipulated and agreed by and between plaintiff United States of America, on the one hand, and defendant Jeremy Kamau Gachago, on the other hand, through their respective attorneys, that the custodianship condition concerning defendant's pretrial release under U.S.C. § 3142 be modified a follows: (1) to remove Rachel Boomhaurer as third party custodian; and (2) to add, instead, defendant's mother, Josephine Kamau, as the new third party custodian.  Further, it is hereby stipulated and agreed by and between plaintiff United States of America, on the one hand, and defendant Jeremy Kamau Gachago, on the other hand, through their respective attorneys, that all other conditions of defendant's release shall remain in effect.

///

1

The parties note that, United States Pretrial Services is agreeable to modifying the custodianship condition as stipulated to herein based upon the following circumstances. Defendant's current third party custodian, Rachel Boomhaurer, will be moving out of her residence on February 1, 2011 and states the custodianship arrangement is no longer practical for her due to her family obligations.  Because Ms. Boomhaurer is moving next week, Ms. Boomhaurer has requested approval from United States Pretrial Services to allow defendant to move into the home of his mother, Josephine Kamau, and his uncle, Eric Karanja, in Corona, California by this upcoming weekend, which begins on Saturday, February 29, 2011.  Defendant's mother and uncle have agreed to house defendant at their residence and to allow the electronic monitoring equipment in the home.  Ms. Kamau, defendant's mother, is willing and able to serve as defendant's new third party custodian, and United States Pretrial Services had deemed her to be an appropriate third party custodian of defendant.

Dated:   January 25, 2010           /s/ Michael Chastaine
                              By:  _____
                                   MICHAEL CHASTAINE
                                   Attorney for Defendant
                                   Jeremy Kamau Gachago


Dated:   January 25, 2010           BENJAMIN B. WAGNER
                                    UNITED STATES ATTORNEY

                                    /s/ Todd Leras
                                    _____
                                    TODD LERAS
                                    Assistant U.S. Attorney
                                    (per email authorization)

ORDER

    The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order. Based on the stipulation of the parties and the recitation of facts contained therein, the Court finds that: the custodianship condition concerning defendant's pretrial release under U.S.C. § 3142 be modified a follows: (1) Rachel Boomhaurer shall be removed as third party custodian; and (2) Josephine Kamau, defendant's mother, shall be added as defendant's new third party custodian.

    It is further ordered that all other previously established conditions of defendant's release shall remain in effect.

    It is so ordered.

DATED: January 28, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE