BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Ste 10-100
Sacramento, CA 95814
Telephone (916) 554-2918

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JEREMY KAMAU GACHAGO, <br><br> Defendant. | CR. NO. 2:10-CR-0347 MCE <br><br> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE |

The United States of America, through Assistant United States Attorney Todd D. Leras, and the defendant Jeremy Gachago through his counsel, Michael Chastaine, stipulate and agree to continue the status conference, scheduled for September 20, 2012, to October 11, 2012, at 9:00 a.m.

The government has provided defendant Gachago with a resolution proposal in the form of a written Plea Agreement.  Defense counsel needs additional time to discuss the proposal with defendant and to discuss the final terms of the proposed resolution, including potential revisions or additions based on defense investigation, with the government.

1

1  The additional time is therefore needed for attorney
2 preparation and continuity of counsel.  Both parties request that
3 time be excluded pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) - Local
4 Code T-4 (attorney preparation and continuity of counsel).  The
5 parties agree to an exclusion of time for the reasons stated above
6 up to and including October 11, 2012.
7  Michael Chastaine has authorized Assistant U.S. Attorney Todd
8 Leras to sign this stipulation on his behalf.

                                    Respectfully submitted,

                                    BENJAMIN B. WAGNER
                                    United States Attorney

DATED: September 19, 2012      By: /s/ Todd D. Leras
                                    TODD D. LERAS
                                    Assistant U.S. Attorney


DATED: September 19, 2012      By: /s/ Todd D. Leras for
                                    MICHAEL CHASTAINE
                                    Attorney for Defendant

---

**ORDER**

Good cause having been shown, it is hereby ordered that the status conference currently scheduled for September 20, 2012, is continued to October 11, 2012, at 9:00 a.m.  Based on the representation of the parties, the Court finds that the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

2

Time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(4) and Local Code T-4 up to and including October 11, 2012.

IT IS SO ORDERED.

Dated: September 25, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE