MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: 916-732-7150

Attorneys for Defendant
Jeremy Gachago

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>DISHAN PERERA, et al,<br><br>    Defendant. | Case No.: 2:10-CR-347-MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERNCE |

It is hereby stipulated between the parties, Todd Leras, Assistant United States Attorney, and Michael Chastaine, attorney for Jeremy Gachago, that the status conference/change of plea date of Thursday, October 11, 2012 should be continued until Thursday November 8, 2012. The continuance is necessary as counsel for Mr. Gachagois continuing to engage in negotiations with the government. The Government has provided a plea agreement. However, the current terms are not acceptable and further negotiation with the government is required.

///

///

///

1

IT IS STIPULATED that the period of time from the October 11, 2012 up to and including November 8, 2012 be excluded in computing the time within which the trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7) and Local Code T4, for ongoing preparation of counsel. It is further stipulated that the need for a continuance and continued counsel preparation outweighs the interests of the public and the defendant in a speedy trial.

.

Dated: October 10, 2012             By: ____/s/ Michael Chastaine
                                    MICHAEL CHASTAINE
                                    Attorney for Jeremy Gachago


Dated: October 10, 2012             BENJAMIN B. WAGNER
                                    United States Attorney

                                    By: /s/ Michael Chastaine for Todd Leras___
                                        Todd Leras
                                        Assistant U.S. Attorney

///
///
///

## ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Thursday, October 11, 2012 at 9:00 a.m. be continued to Thursday, November 8, 2012 at 9:00 a.m. and that the period from October 11, 2012 to November 8, 2012 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rule T4. Further, that the need for a continuance and continued counsel preparation outweighs the interests of the public and the defendant in a speedy trial.

Dated: October 15, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE