BENJAMIN B. WAGNER
United States Attorney
TODD D. LERAS
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2918

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 2:10-CR-00347 MCE |
| Plaintiff, ) | |
| ) | STIPULATION AND |
| ) | ORDER CONTINUING STATUS |
| v. ) | CONFERENCE |
| ) | |
| JEREMY GACHAGO, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED by and between Plaintiff United States of America, by and through Assistant United States Attorney Todd D. Leras, and Attorney Michael Chastaine on behalf of Defendant Jeremy Gachago, that the status conference scheduled for November 8, 2012, be continued to December 6, 2012, at 9:00 a.m.

The parties are continuing to work toward resolution of the case.  A proposed plea agreement has been provided to defense counsel.  Defense counsel has proposed a potential alternative resolution and needs additional time to present information to the government in support of the counter proposal.

1

To accomplish this process the parties are continuing with investigation in this case, which involves wiretap interceptions. The parties therefore request to continue the status conference to December 6, 2012.

    For the above-stated reasons, the parties stipulate that time be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv); Local Code T4 (reasonable time to prepare and continuity of counsel). Defense counsel has authorized Assistant U.S. Attorney Todd D. Leras to sign this stipulation on his behalf.

DATED: November 7, 2012    By: /s/ Todd D. Leras
    TODD D. LERAS
    Assistant U.S. Attorney

DATED: November 7, 2012    By: /s/ Todd D. Leras for
    MICHAEL CHASTAINE
    Attorney for Defendant JEREMY GACHAGO

**ORDER**

**IT IS HEREBY ORDERED:**

1. A status conference in this matter, currently scheduled for November 8, 2012, is hereby vacated and continued to December 6, 2012, at 9:00 a.m. in Courtroom 7;

2. Based on the stipulation of the parties, the Court finds that the ends of justice outweigh the best interest of the public and Defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded under 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4 (reasonable time to prepare) up to and including December 6, 2012.

IT IS SO ORDERED

Dated: November 14, 2012

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE