MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: 916-732-7150

Attorneys for Defendant
Jeremy Gachago

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEREMY GACHAGO, et al,<br><br>　　　　Defendant. | Case No.: 2:10-CR00347 MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERNCE |

　　　It is hereby stipulated between the parties, Todd Leras, Assistant United States Attorney, and Michael Chastaine, attorney for Jeremy Gachago, that the status conference/change of plea date of Thursday, December 6, 2012 should be continued until Thursday January 24, 2013. The continuance is necessary as counsel for Mr. Gachago is continuing to engage in negotiations with the government. The Government has provided a plea agreement. However, the current terms are not acceptable and further negotiation with the government is required.

　　　IT IS STIPULATED that the period of time from the December 6, 2012 up to and including January 24, 2013 be excluded in computing the time within which the trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7) and

Local Code T4, for ongoing preparation of counsel. It is further stipulated that the need for a continuance and continued counsel preparation outweighs the interests of the public and the defendant in a speedy trial.

.

Dated: November 30, 2012          By: ____/s/ Michael Chastaine
                                  MICHAEL CHASTAINE
                                  Attorney for Jeremy Gachago

Dated: November 30, 2012          BENJAMIN B. WAGNER
                                  United States Attorney

                                  By: /s/ Michael Chastaine for Todd Leras___
                                      Todd Leras
                                      Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING,

IT IS HEREBY ORDERED that the status conference scheduled for Thursday, December 6, 2012 at 9:00 a.m. be continued to Thursday, January 24, 2013 at 9:00 a.m. and that the period from December 6, 2012 to January 24, 2013 is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rule T4. Further, that the need for a continuance and continued counsel preparation outweighs the interests of the public and the defendant in a speedy trial.

Dated: December 6, 2012

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE