MICHAEL CHASTAINE, State Bar #121209
THE CHASTAINE LAW OFFICE
101 Parkshore Drive, Suite 100
Folsom, CA 95630
Telephone: 916-732-7150

Attorneys for Defendant
Jeremy Gachago

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>  v.<br><br>DISHAN PERERA, et al,<br><br>   Defendant. | Case No.: 2:10-CR-00347-MCE<br><br>STIPULATION AND ORDER CONTINUING STATUS CONFERNCE |

It is hereby stipulated between the parties, Todd Leras, Assistant United States Attorney, and Michael Chastaine, attorney for Jeremy Gachago, that the status conference/change of plea date of Thursday, January 24, 2013 should be continued until Thursday February 14, 2013.  The continuance is necessary as counsel for Mr. Gachago is continuing to engage in negotiations with the government.  The Government has provided a plea agreement.  However, the current terms are not acceptable and further negotiation with the government is required.  Mr. Gachago has made a counter offer which is currently being considered by the Government.

///

///

1

IT IS STIPULATED that the period of time from the January 24, 2013 up to and including February 14, 2013 be excluded in computing the time within which the trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. §3161(h)(7) and Local Code T4, for ongoing preparation of counsel. It is further stipulated that the need for a continuance and continued counsel preparation outweighs the interests of the public and the defendant in a speedy trial..

Dated: January 10, 2013        By: ____/s/ Michael Chastaine
                               MICHAEL CHASTAINE
                               Attorney for Jeremy Gachago

Dated: January 10, 2013        BENJAMIN B. WAGNER
                               United States Attorney

                               By: /s/ Michael Chastaine for Todd Leras
                                   Todd Leras
                                   Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING, in that it is the stipulation of the parties:

IT IS HEREBY ORDERED that the status conference scheduled for Thursday, January 24, 2013 at 9:00 a.m. be continued to Thursday, February 14, 2013, at 9:00 a.m. and that the period from January 24, 2013, to February 14, 2013, is excludable from calculation under the Speedy Trial Act pursuant to 18 U.S.C. §3161(h)(8)(A) and local rule T4. Further, that the need for a continuance and continued counsel preparation outweighs the interests of the public and the defendant in a speedy trial.

Dated: January 16, 2013

_____
MORRISON C. ENGLAND, JR., CHIEF JUDGE
UNITED STATES DISTRICT COURT